1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTOLIN ANDREW MARKS,

        Plaintiff,

    v.

UNITED STATES OF AMERICA *al.*,

        Defendants.

Case No.  C07-5679FDB

ORDER STAYING THIS ACTION

    This action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrates' Rules MJR 1, MJR 3, and MJR 4.

    The court has read the complaint filed by Mr. Marks in this case.  The court finds the complaint to contain claims and issues that have previously been litigated in other Courts.  **THE COURT ORDERS THIS ACTION STAYED.  The parties are instructed to file no further pleadings in this action until a Report and Recommendation is issued by the court.**

    The clerk's office is directed to send copies of this order to plaintiff and counsel for defendants.

    DATED this 19 day of December, 2007.

                        /S/ *J. Kelley Arnold*
                        J. Kelley Arnold
                        United States Magistrate