# United States District Court

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANTOLIN ANDREW MARKS | JUDGMENT IN A CIVIL CASE |
| v. | |
| UNITED STATES OF AMERICA | CASE NUMBER: C07-5679FDB |

\_\_\_\_\_  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1. The Court adopts the Report and Recommendation.

2. In all future cases, the Plaintiff shall submit a signed affidavit, along with the proposed complaint, verifying under penalty of perjury that none of the issues raised in the proposed complaint have been litigated in the past by the Plaintiff. Plaintiff may not proceed *in forma pauperis* with a civil rights, Bivens, or Federal Tort Claims Act action without showing he is in imminent danger of serious bodily injury or death.

3. An application to proceed *in forma pauperis*, the affidavit required in Item (1) above, and the proposed complaint shall be forwarded to the Chief Judge of the district by the clerks office for review. The Chief Judge shall determine whether the action should be allowed to proceed. Plaintiff must provide full and complete disclosure of all financial information in support of any *in forma pauperis* application.

4. Plaintiff is prohibited from filing any duplicative or repetitive motion in an action. The filing of such motions will result in monetary sanctions or dismissal of the actions.

5. All settlement agreements with the Plaintiff which include a monetary payment shall require payment of the funds into the registry of the court until such time as Plaintiff has paid all outstanding obligations to the court that were ordered in connection with prior grants if *in forma pauperis* status.

6. This order will apply to all action filed by the Plaintiff in this Court and those removed from any other court to this Court.

7. Plaintiff is precluded from asserting any fact, if a court has entered a finding contrary his assertion, without first disclosing that he is making an assertion contrary to a holding in another case and identifying the holding and case with specificity.

8. This action is **DISMISSED WITH PREJUDICE**.

| | |
|---|---|
| March 25, 2008 | BRUCE RIFKIN |
| | Clerk |
| | |
| | s/ D. Forbes |
| | By, Deputy Clerk |